DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

Charlesetta Grayson

        Plaintiff,

vs.

Commissioner of Social Security
        Defendant.

Civil No. 10-cv-807-JE

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES AND
COSTS.

### ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in Astrue v. Ratliff, ___ U.S. ___ (2010), it is hereby ordered that EAJA attorney's fees of $4,334.80 and expenses of $3.59 and costs of $4.00, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 15 day of August, 2011.

_____
Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223